AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Blumenfeld,, Stanley | U.S. District Court, Central District of California | 05/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
350 W. 1st Street
Los Angeles, California 90012

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Superior Court Judge | Los Angeles Superior Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | L.A. Superior Court judicial salary | $211,790.77 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Los Angeles Community College District, teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔]    NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - Allegheny Tech common stock | | None | | | Sold | 04/28/20 | J | | |
| 3. - Alliance Data System common stock | A | Dividend | | | Sold | 03/27/20 | K | | |
| 4. - Alphabet Inc. common stock | | None | | | Buy | 02/28/20 | L | | |
| 5. | | | | | Sold | 11/05/20 | L | E | |
| 6. - Altra Indus. Motion common stock | A | Dividend | | | Sold | 11/05/20 | K | D | |
| 7. - Amerisourcebergen Co common stock | B | Dividend | | | Sold | 06/05/20 | L | D | |
| 8. - Apache Corp common stock | B | Dividend | | | Sold | 03/31/20 | J | | |
| 9. - AT&T Inc. common stock | B | Dividend | | | Sold | 11/05/20 | K | A | |
| 10. - Atkore International common stock | | None | | | Sold | 11/05/20 | K | | |
| 11. - Berkshire Hathaway Class B common stock | | None | K | T | Sold (part) | 09/23/20 | L | | |
| 12. - C K Hutchison Holdings common stock | B | Dividend | | | Sold | 11/05/20 | K | | |
| 13. - Centennial Resource common stock | | None | | | Sold | 03/30/20 | J | | |
| 14. - Colfax Corp common stock | | None | | | Sold | 11/05/20 | L | C | |
| 15. - ConocoPhillips common stock | A | Dividend | | | Buy | 03/31/20 | K | | |
| 16. | | | | | Sold | 11/05/20 | K | A | |
| 17. - DMC Global Inc common stock | A | Dividend | | | Sold | 11/05/20 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Danaher Corp common stock | A | Dividend | | | Sold | 11/05/20 | L | E | |
| 19.  - Devon Energy Corp common stock | A | Dividend | | | Sold | 04/01/20 | J | | |
| 20.  - Diamondback Energy common stock | | None | | | Buy | 09/03/20 | K | | |
| 21. | | | | | Sold | 11/05/20 | K | C | |
| 22.  - Discovery Communications common stock | | None | | | Sold | 03/02/20 | L | | |
| 23.  - Dollar Tree Inc. common stock | | None | | | Sold | 11/05/20 | L | D | |
| 24.  - Era Group common stock | | None | | | Sold | 03/13/20 | J | | |
| 25.  - Facebook Inc. common stock | | None | | | Buy | 03/11/20 | K | | |
| 26. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 27. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 28. | | | | | Sold (part) | 09/22/20 | K | | |
| 29. | | | | | Sold | 11/05/20 | K | E | |
| 30.  - Fairfax Financial HL F common stock | B | Dividend | | | Sold | 11/05/20 | K | | |
| 31.  - Fairfax India Holdings F common stock | | None | | | Sold | 11/05/20 | J | | |
| 32.  - Granite Construction common stock | A | Dividend | | | Sold | 02/25/20 | K | | |
| 33.  - Halliburton Co Hldg common stock | A | Dividend | | | Sold | 06/02/20 | J | | |
| 34.  - Interactive Brokers common stock | A | Dividend | | | Sold | 11/05/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - JPMorgan Chase common stock | A | Dividend | | | Buy | 04/02/20 | K | | |
| 36. | | | | | Sold | 11/05/20 | K | C | |
| 37. - Kennedy Wilson Hldgs common stock | B | Dividend | | | Buy | 03/20/20 | K | | |
| 38. | | | | | Sold | 11/05/20 | K | | |
| 39. - Liberty Media Corp common stock | | None | | | Sold | 04/21/20 | J | A | |
| 40. - Manitowoc Co common stock | A | Dividend | | | Sold | 02/07/20 | K | | |
| 41. - Markel Corp. common stock | | None | | | Buy | 03/20/20 | K | | |
| 42. | | | | | Sold | 11/05/20 | K | D | |
| 43. - McKesson Corp common stock | A | Dividend | | | Sold | 11/05/20 | K | B | |
| 44. - Parsley Energy Inc. common stock | | None | | | Buy | 03/09/20 | K | | |
| 45. | | | | | Sold | 11/05/20 | K | D | |
| 46. - Patterson-Uti Energy Inc. common stock | A | Dividend | | | Sold | 03/11/20 | J | | |
| 47. - Pioneer Energy Servc common stock | | None | | | Sold | 11/05/20 | K | D | |
| 48. - Post Holdings Inc common stock | | None | | | Sold | 11/05/20 | K | C | |
| 49. - Schlumberger Ltd F common stock | C | Dividend | | | Sold | 11/05/20 | K | | |
| 50. - Seabridge Gold Inc F common stock | | None | | | Sold | 11/05/20 | L | F | |
| 51. - Synalloy Corp common stock | A | Dividend | | | Sold | 02/05/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Transocean Inc New F common stock | | None | | | Sold | 03/30/20 | J | | |
| 53.  - Ulta Beauty Inc. common stock | | None | | | Buy | 03/19/20 | J | | |
| 54. | | | | | Sold | 11/05/20 | K | D | |
| 55.  - Valaris PLC common stock | | None | | | Sold | 03/11/20 | J | | |
| 56.  - Vivendi SA common stock | B | Dividend | | | Buy | 03/11/20 | L | | |
| 57. | | | | | Sold | 11/05/20 | L | D | |
| 58.  - Wells Fargo Bk N A common stock | C | Dividend | | | Sold | 04/02/20 | K | D | |
| 59.  - Westrook Co. common stock | | None | | | Sold | 11/05/20 | K | | |
| 60.  - DFA Emerging Markets Fund | A | Dividend | | | Sold | 09/22/20 | K | | |
| 61.  - Goehring & Rozencwajg Resourses Fund | A | Dividend | | | Sold | 11/05/20 | K | | |
| 62.  - Spdr Gold Shares Fund | A | Dividend | | | Sold | 11/05/20 | K | D | |
| 63.  - Spdr Series Trust S&P Oil-Gas Expl Fund | A | Dividend | | | Sold | 03/09/20 | K | | |
| 64.  -Schwab Value Adv Money Fund | C | Dividend | M | T | | | | | |
| 65.  Brokerage Account #2 (H) | | | | | | | | | |
| 66.  - BRKB common stock | | None | M | T | Buy | 09/23/20 | L | | |
| 67.  - Dodge & Cox Fund: DODLX | B | Dividend | L | T | Buy | 11/13/20 | L | | |
| 68.  - Dodge & Cox Fund: DODIX | A | Dividend | M | T | Buy | 11/13/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 12/31/20 | K | | |
| 70.    - SPDR Fund: XLE | A | Dividend | J | T | Buy | 09/24/20 | J | | |
| 71.    - Vaneck Fund: MOAT | A | Dividend | K | T | Buy | 09/24/20 | J | | |
| 72.    - Vanguard Fund: VYM | A | Dividend | K | T | Buy | 09/24/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/13/20 | K | | |
| 74.    - Vanguard Fund: VV | A | Dividend | K | T | Buy | 09/24/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 11/19/20 | K | | |
| 76.    - Vanguard Fund: VNQ | A | Dividend | J | T | Buy | 09/24/20 | J | | |
| 77.    - Vanguard Fund: VFSUX | A | Dividend | L | T | Buy | 11/13/20 | L | | |
| 78.    - Vanguard Fund: VB | A | Dividend | J | T | Buy | 09/24/20 | J | | |
| 79.    - Vanguard Fund: VXUS | A | Dividend | K | T | Buy | 09/24/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 81.    - Vanguard Fund: VUSFX | A | Dividend | K | T | Buy | 11/13/20 | K | | |
| 82.    - Schwab Premier Bank | A | Int./Div. | O | T | Open | 09/23/20 | M | | |
| 83.    Brokerage Account #3 (H) | | | | | | | | | |
| 84.    - AIG/WS common stock | | None | J | T | | | | | |
| 85.    - AIG common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    - INTC common stock | B | Dividend | L | T | | | | | |
| 87.    - SPSM Fund | A | Dividend | L | T | | | | | |
| 88.    - Vanguard Midcap Fund | B | Dividend | L | T | | | | | |
| 89.    - Schwab S&P 500 Index Fund | C | Dividend | M | T | | | | | |
| 90.    - New York State Mortg 4.6%. bond | A | Interest | | | Matured | 11/02/20 | J | | |
| 91.    - Schwab Value Adv Money Fund | A | Dividend | L | T | | | | | |
| 92.    Brokerage Account #4 (H) | | | | | | | | | |
| 93.    - Schwab Premier Bank | A | Dividend | O | T | Open | 11/30/20 | O | | |
| 94.    Brokerage Account #5 (H) | | | | | | | | | |
| 95.    - Metropolitan Pier & IL McCormick Pl. Exp. Bond | A | Int./Div. | | | Redeemed | 01/09/20 | K | | |
| 96.    - Puerto Rico Comwlth Pub Impr B Bond | A | Interest | | | Redeemed | 10/09/20 | K | | |
| 97.    - Puerto Rico Comwlth Pub Impt Bond | | None | | | Redeemed | 10/09/20 | K | C | |
| 98.    - Puerto Rico Pub Bldg Auth Rev Bond | | None | | | Redeemed | 10/09/20 | K | | |
| 99.    - Vanguard 500 Index Fund Admiral Shares Fund | E | Dividend | O | T | | | | | |
| 100.   - Lord Abbett Fund: LUBAX | A | Dividend | L | T | Buy | 10/09/20 | L | | |
| 101.   - RBC Bank cash account | A | Interest | J | T | | | | | |
| 102.   - City National Bank cash account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Blumenfeld,, Stanley** | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  IRA Account #1 (H) | | | | | | | | | |
| 104.  - Lord Abbett Fund: LALDX | A | Dividend | | | Buy | 05/01/20 | J | | |
| 105. | | | | | Sold | 11/16/20 | J | | |
| 106.  Natixis Loomis Sayles Bond Fund: NECRX | A | Dividend | | | Buy | 04/28/20 | J | | |
| 107. | | | | | Sold | 11/16/20 | J | | |
| 108.  PGIM Bond Fund: PBSMX | A | Dividend | | | Buy | 05/01/20 | J | | |
| 109. | | | | | Sold | 11/16/20 | J | | |
| 110.  PIMCO Bond Fund: PUBAX | A | Dividend | | | Buy | 05/01/20 | J | | |
| 111. | | | | | Sold | 11/16/20 | J | | |
| 112.  Templeton Bond Fund: TPINX | A | Dividend | | | Buy | 04/16/20 | J | | |
| 113. | | | | | Sold | 11/16/20 | J | | |
| 114.  Thornburg Income Fund: TIBCX | A | Dividend | | | Buy | 06/19/20 | J | | |
| 115. | | | | | Sold | 11/16/20 | J | | |
| 116.  Uit Ft Cap Strength Portfolio Fund | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 117.  Uit Gugg Defined Portfolios Fund | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 118.  IRA Account #2 (H) | | | | | | | | | |
| 119.  - Cohen & Steers Fund: CSRIX | C | Dividend | | | Buy | 03/19/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/27/20 | M | E | |
| 121.  - Doubleline Funds: Doubleline Strategic Commodity Fd Inst mutual fund | | None | | | Sold | 03/19/20 | L | | |
| 122.  - Elements Funds: Elements Emerging Mkts Port mutual fund | | None | | | Sold | 04/22/20 | L | | |
| 123.  - Elements Funds: Elements Intnl Port mutual fund | | None | | | Sold | 04/22/20 | M | | |
| 124.  - Elements Funds: Elements Intnl Small Cap Port mutual fund | | None | | | Sold | 04/22/20 | L | | |
| 125.  - Elements Funds: Elements US Port mutual fund | | None | | | Sold | 04/22/20 | O | | |
| 126.  - Elements Funds: Elements US Small Cap Port mutual fund | | None | | | Sold | 04/22/20 | L | | |
| 127.  - Goldman Sachs Funds: Goldman Sachs MLP Energy mutual fund | B | Dividend | | | Sold | 02/27/20 | K | | |
| 128.  - Robinson Funds: Robinson Tax Adv Incm Fd Inst mutual fund | A | Dividend | | | Sold | 01/27/20 | L | | |
| 129.  - Stone Ridge Funds: Stone Ridge All Asset Variance Risk Prem Com CL m | A | Dividend | | | Sold | 06/02/20 | J | | |
| 130.  - Stone Ridge Funds: Stone Ridge Reinsurance Risk Prem Interval mutual | A | Dividend | | | Sold | 11/25/20 | J | | |
| 131.  - Schwab Govt Money Fund | A | Interest | J | T | | | | | |
| 132.  - Vanguard Fund: VFIAX | D | Dividend | O | T | Buy | 04/22/20 | O | | |
| 133. | | | | | Buy (add'l) | 07/27/20 | L | | |
| 134.  - Vanguard Fund: VTMGX | B | Dividend | L | T | Buy | 04/22/20 | L | | |
| 135. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 136.  - Vanguard Fund: VEMAX | B | Dividend | L | T | Buy | 04/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 138. - Vanguard Fund: VFSAX | B | Dividend | L | T | Buy | 04/22/20 | K | | |
| 139. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 140. - Vanguard Fund: VSMAX | B | Dividend | M | T | Buy | 04/22/20 | L | | |
| 141. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 142. - Variant Fund: NICHX | D | Dividend | M | T | Buy | 01/28/20 | L | | |
| 143. | | | | | Buy (add'l) | 07/22/20 | J | | |
| 144. LA County Def Contrb (401K) LACERA (H) (H) | | | | | | | | | |
| 145. - MFS Inst. Intl. Equity Fund | | None | | | Sold | 08/10/20 | M | | |
| 146. - SSGA/ICM/T. Rowe Price Small Cap Equity Fund | | None | | | Sold | 08/10/20 | N | | |
| 147. - SSGA/TCW/Sound Shore Large Cap Equity Fund | | None | | | Sold | 08/10/20 | N | | |
| 148. - Loomis/TCW/Metwest Savings Bond Fund | | None | | | Sold | 08/10/20 | J | | |
| 149. - Vanguard Savings Stable Value Fund | | None | | | Sold | 08/10/20 | K | | |
| 150. - Loomis/TCW Fund: Savings Bond Fund | | None | M | T | Buy | 08/10/20 | M | | |
| 151. - Horizons Savings Bank Depository Fund | | None | O | T | Buy | 08/10/20 | O | | |
| 152. Investco: Savings Stable Value Fund | | None | K | T | Buy | 08/10/20 | K | | |
| 153. 457B Account (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   - Horizons Non-U.S. Equity Fund | | None | | | Sold | 08/10/20 | L | | |
| 155.   - Horizons Small Cap Equity Fund | | None | | | Sold | 08/10/20 | L | | |
| 156.   - Horizons Mid Cap Equity Fund | | None | | | Sold | 08/10/20 | L | | |
| 157.   - Horizons Balanced Fund | | None | | | Sold | 08/10/20 | N | | |
| 158.   - Horizons Bank Depository Fund | | None | N | T | Buy | 08/10/20 | N | | |
| 159.   - Horizons Bond Fund | | None | M | T | Buy | 08/10/20 | M | | |
| 160.   - Horizons Stable Value Fund | | None | L | T | Buy | 08/10/20 | L | | |
| 161.   - Horizons Balanced Fund | | None | J | T | Buy | 08/10/20 | J | | |
| 162.  Northwestern Mutual Variable Life Policy #1 (H) | | | | | | | | | |
| 163.   - MSA/Mellon Growth Stock Fund | | None | | | Sold | 10/08/20 | M | | |
| 164.   - MSA Index 500 Stock Fund | | None | | | Sold | 10/08/20 | M | | |
| 165.   - MSA/Franklin Tmpl. Intl. Equity Fund | | None | | | Sold | 10/08/20 | L | | |
| 166.   - MSA/Wellington Mid Cap Growth Stock Fund | | None | | | Sold | 10/08/20 | M | | |
| 167.   - MSA/BlackRock: Govt Money Market | C | Dividend | N | T | Buy | 10/08/20 | N | | |
| 168.  Northwestern Mutual Variable Life Policy #2 (H) | | | | | | | | | |
| 169.   - MSA/Wellington Growth Stock Fund | | None | | | Sold | 10/08/20 | M | | |
| 170.   - MSA Index 500 Stock Fund | | None | | | Sold | 10/08/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - MSA/Franklin Tmpl. Intl. Equity Fund | | None | | | Sold | 10/08/20 | K | | |
| 172.  - MSA/Wellington Mid Cap Growth Stock Fund | | None | | | Sold | 10/08/20 | L | | |
| 173.  - MSA/BlackRock: Govt Money Market | C | Dividend | N | T | Buy | 10/08/20 | N | | |
| 174.  Chase Bank cash accounts | A | Interest | N | T | | | | | |
| 175.  US Bank cash accounts | A | Interest | K | T | | | | | |
| 176.  Parcel #1, Los Angeles County, CA | | None | P1 | W | | | | | |
| 177.  Parcel #2, Los Angeles County, CA | | None | O | W | | | | | |
| 178.  Rental Property, Los Angeles County, CA | E | Rent | O | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blumenfeld,, Stanley | 05/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. For the 401K and 457B accounts listed on lines 144-161 in Part VII, the account holder does not credit income to individual accounts. Therefore, I am unable to determine the amount of dividends reinvested for each fund.

2. For the Northwestern Variable Life Policies (#1 and #2) listed on lines 162-173 in Part VII, the insurer does not credit income to each fund. Therefore, I am unable to determine the amount of dividends reinvested for each fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stanley Blumenfeld,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544